

# Court of Appeals

# First District of Texas

## BILL OF COSTS

No. 01-15-00180-CV

**Medstar Funding, L.C. and Beacon Legal Funding, L.L.C.**

**v.**

**Mychele Reed, as next friend of T. R., a minor, Jerry Wayne Squier and Strike, LLC f/k/a Strike Construction, L.L.C.**

NO. 2013-44914 IN THE 55TH DISTRICT COURT OF HARRIS COUNTY

| TYPE OF FEE | CHARGES | PAID/DUE | STATUS | PAID BY |
|---|---|---|---|---|
| MT FEE | $10.00 | 05/29/2015 | E-PAID | ANT |
| RPT RECORD | $691.50 | 04/24/2015 | UNKNOWN | UNK |
| CLK RECORD | $285.00 | 03/26/2015 | PAID | ANT |
| FILING | $175.00 | 03/03/2015 | E-PAID | ANT |
| STATEWIDE EFILING | $20.00 | 03/03/2015 | E-PAID | ANT |

**The costs incurred on appeal to the First Court of Appeals Houston, Texas are $1,181.50.**

*Court costs in this case have been taxed in this Court's judgment*

I, **Christopher A. Prine,** Clerk of the Court of Appeals for the First District of Texas, do hereby certify that this is a true statement of the costs of appeal in this case.

**IN TESTIMONY WHEREOF,** witness my hand and the seal of the Court of Appeals for the First District of Texas, this September 11, 2015.

**CHRISTOPHER A. PRINE**
**CLERK OF THE COURT**